UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LINDA COCLOUGH ) | |
| ) | |
| v. ) | NO. 2:04-CV-104 |
| ) | |
| HUTCHINSON SEALING ) | |
| SYSTEMS, INC. ) | |

### **O R D E R**

The parties have lodged an agreed order, with no supporting motion, which would extend certain deadlines in this case. The Court declines to enter this proposed agreed order, as it would necessitate a continuance of the trial date, which is relief for which the parties have not moved.

**SO ORDERED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE